UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EZEQUIEL PORTILLO RODRIGUEZ,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

No.  1:26-cv-0694-DAD-CKD P

ORDER

Petitioner, an Immigration and Customs Enforcement detainee currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

In addition, the court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Petitioner has not requested appointment of counsel, but the court will consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent and files a motion to proceed in forma pauperis. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir.

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1983).

Accordingly, petitioner will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis and for appointment of counsel.

In accordance with the above, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form (regular short form) used by this district.

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

Dated:  January 29, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rodr0694.101a.imm

2