UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EZEQUIEL PORTILLO RODRIGUEZ,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-0694-DAD-CKD P

ORDER

Petitioner currently proceeds pro se seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges he has been detained at Golden State Annex Detention Facility for more than five months. Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the pending petition.

In accordance with the above, IT IS ORDERED as follows:

1.  Respondent is directed to file a response within 20 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/////

/////

/////

1

2. Petitioner's optional reply, if any, is due on or before 14 days from the date respondent's response is filed.

Dated: February 6, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ezeq0694.res